IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3048 |
| vs. | ORDER |
| JAYME HORACEK, | |
| Defendant. | |

At the request of the United States Probation Office, the Court, on its own motion, will extend the self-surrender date for the above-captioned defendant.

IT IS ORDERED:

1. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 1:00 P.M. on April 22, 2015.

2. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 10th day of April, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge